AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00038 |
| EMILY HERNANDEZ | ) Assigned To : Judge Ana C. Reyes |
| | ) Assign. Date : 1/18/2024 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) Related Case: 23-cr-363 (ACR) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EMILY HERNANDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud);
18 U.S.C. § 371; 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 1029(a)(1) (Conspiracy to Commit Aggravated Identity Theft and Access Device Fraud);

FORFEITURE: 18 U.S.C. § 981, 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)

2024.01.18
16:32:11 -05'00'

Date: 01/18/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/18/2024, and the person was arrested on *(date)* 1/24/24
at *(city and state)* Fountain, CO

Date: 1/24/24

*Arresting officer's signature*

Stacy R Diaz Special Agent
*Printed name and title*