# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 24-cr-00038-3 (ACR) |
| | * |
| **EMILY HERNANDEZ**, | * |
| Defendant | * |
| | * |

ooOoo

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant Emily Hernandez, as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 4th day of February, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**