UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-cr-38 (ACR) |
| v. | : | |
| ROBERT POWELL,<br>CARTER ROHN, and<br>EMILY HERNANDEZ | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its undersigned counsel, respectfully provides to the Court in consultation with defense counsel for Robert Powell, Carter Rohn, and Emily Hernandez (hereinafter, "the Defendants") a status report regarding discovery in the above-captioned case.

On February 20, 2024, the Court ordered the United States to provide to defense its first discovery production on or before March 1, 2024. Additionally, the Court ordered the parties to submit a joint status report within seven days of that production. The parties provide the following update regarding discovery in this matter.

1. **Discovery Production 1:** On February 29, 2024, the government produced to defense counsel two categories of discovery on USAfx. First, the government provided to all counsel the returns from over 230 subpoenas. Second, the government provided to some Defendants search warrant returns, which remain pending review by the government, but were produced in full to the specific defendant from whom the information was obtained. In total, the government has produced over 50 GB of data.

2. **USAfx:** The Court ordered the parties to include "their views on how well USAfx

worked." Each defense counsel reported that they were able to access and download the files uploaded to USAfx.

Certain files may be too large to produce through USAfx; principally, surveillance footage from cellular service provider stores and other retail stores. Given the size of these files, these videos will be produced on hard drives.

3. **Discovery Timeline:** The parties agree that aside from the video files detailed above, the government will produce discovery on a rolling basis through USAfx. The government anticipates the Defendants will be in possession of the core evidence in this matter on or before April 19, 2024.

There are certain materials that relate to the broader ongoing investigation and/or witness safety that may take additional time to redact and produce. For those materials, the government anticipates completing its review and production no later than June 7, 2024. As the investigation is ongoing, discovery will likely continue past this date as new evidence is obtained.

Respectfully Submitted on Behalf of the Parties,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. BAR NO. 481052

By: */s/ Alexandra Hughes*
Alexandra S. Hughes
D.C. Bar No. 1531596
Kevin L. Rosenberg,
OH Bar No. 0081448
Assistant United States Attorneys
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530

Jessica Peck  
NY Bar No. 5188248  
Aurora Fagan  
FL Bar No. 188591  
Trial Attorneys  
Computer Crime and Intellectual Property Section  
1301 New York Avenue  
Washington, D.C. 20530