UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT POWELL,<br>CARTER ROHN, and<br>EMILY HERNANDEZ,<br><br>    *Defendants*. | No. 24-cr-38 (ACR) |

## SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall control further proceedings in this case:

1. The parties shall file expert notices on or before September 23, 2024. Any objections to expert witnesses or the sufficiency of expert notices shall be filed on or before October 4, 2024.

2. The parties shall file any substantive motions on or before October 7, 2024. Responses shall be filed on or before October 21, 2024, and replies shall be filed on or before October 28, 2024.

3. The parties shall file any motions *in limine* on or before November 11, 2024. Responses shall be filed on or before November 25, 2024, and replies shall be filed on or before December 2, 2024.

4. The parties shall exchange and file witness and exhibit lists on or before December 6, 2024. Any objections to witnesses or exhibits shall be filed on or before December 13, 2024, and replies shall be filed on or before December 16, 2024.

1

5. The parties shall file a joint pretrial statement on or before December 9, 2024. The joint pretrial statement shall include:

   a. Written statements (1) by the Government setting forth the terms of any plea offer made to any defendant and the date such offer was made and lapsed; and (2) by defense counsel indicating (i) the date(s) on which the terms of any plea offer(s) were communicated to the defendant(s) and rejected, *see Missouri v. Frye*, 566 U.S. 134, 145 (2012) ("[D]efense counsel has a duty to communicate formal offers from the prosecution to accept a plea on terms and conditions that may be favorable to the accused."), and (ii) the potential sentencing exposure communicated by defense counsel to the defendant(s) and the date(s) on which such communication occurred, *see United States v. Rashad*, 331 F.3d 908, 912 (D.C. Cir. 2003).

   b. A one-paragraph joint statement of the case for the Court to read to prospective jurors.

   c. Proposed *voir dire* questions, including the questions on which the parties agree and the questions on which the parties disagree. Each question on which the parties disagree shall be followed by the specific objection(s) and supporting legal authority (if any).

   d. Proposed jury instructions, which shall be formatted so that each instruction begins on a new page, and which shall indicate the instructions on which the parties agree and the instructions on which the parties disagree. Each instruction on which the parties disagree shall be followed by the proposed instruction's

      source or supporting legal authority and the specific objection(s) (with supporting legal authority, if any).

    e. A list of prior convictions that the Government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use.

    f. Any stipulations executed or anticipated to be executed.

    g. A proposed verdict form that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).

6. The parties may, but are not required to, file trial briefs on or before December 16, 2024.

7. The Court shall hold a pretrial conference on December 19, 2024, at 10:30 AM.

8. The Court shall hold a final pretrial conference on January 2, 2025, at 10:30 AM.

9. Trial shall commence on January 6, 2025, at 10 AM.

**SO ORDERED.**

Date: April 23, 2024

                                                          ANA C. REYES
                                                          United States District Judge