UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | No.  24-CR-38 (ACR) |
| | : | |
| **EMILY HERNANDEZ,** | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO SCHEDULE SENTENCING HEARING

The United States of America, along with counsel for the Defendant, jointly request that the Court set a sentencing schedule in the above caption matter. The parties can be available at the Court's convenience. The parties jointly request that sentenced be scheduled no earlier than July 22, 2025, to accommodate the presentence investigation report.

        Respectfully Submitted

        EDWARD MARTIN JR.
        United States Attorney

By:      _/s/ Kevin L. Rosenberg_
           Kevin L. Rosenberg,
           OH Bar No. 0081448
           Alexandra S. Hughes
           D.C. Bar No. 1531596
           Assistant United States Attorneys
           United States Attorney's Office
           601 D Street, N.W.
           Washington, D.C.  20530
           Telephone: 202-252-7833
           Email: Kevin.Rosenberg@usdoj.gov

By:      _/s/ Jessica Peck_
           Jessica Peck

NY Bar No. 5188248
Trial Attorney
Computer Crime and Intellectual Property Section
U.S. Department of Justice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | No. 24-CR-38 (ACR) |
| | : | |
| **EMILY HERNANDEZ,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

Based on the Joint Motion to Schedule Sentencing Hearing, and for good cause shown, it is hereby,

**ORDERED** that the parties shall appear for a sentencing hearing before the Court on _____, 2025 at _____. It is further,

**ORDERED** that the United States Probation Department shall complete a draft presentence investigation report on or before _____, 2025. The parties shall file any objections to the presentence investigation report on or before _____, 2025. The final presentence investigation report shall be filed on or before _____, 2025. The parties shall file their respective sentencing memorandum on or before _____, 2025. The parties shall file any responses to sentencing memorandums on or before _____, 2025.

SIGNED this _____ day of _____, 2025.

_____
JUDGE ANA C REYES
United States District Judge

3

4