UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 24-CR-38 (ACR) |
| | : | |
| EMILY HERNANDEZ, | : | |
| | : | |
| Defendant. | : | |

**PARTIES JOINT REQUEST TO VACATE AND CONTINUE**

The government and defense counsel for Ms. Hernandez have encountered minor scheduling conflicts and jointly seek to vacate and reschedule the sentencing hearing currently scheduled for August 20, 2025. The parties have conferred on future availability and propose rescheduling the hearing to either September 12, 2025, October 3, 2025, after 10:00am, or October 24, 2025. Counsels for the government and Ms. Hernandez are jointly available on those dates and times. The parties can submit additional availability if the three proposed dates do not work with the Court's schedule.

Respectfully Submitted

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Kevin L. Rosenberg
Kevin L. Rosenberg,
OH Bar No. 0081448
Alexandra S. Hughes
D.C. Bar No. 1531596
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.

1

                              Washington, D.C.  20530
                              Telephone: 202-252-7833
                              Email: Kevin.Rosenberg@usdoj.gov

By:     /s/ *Jessica Peck*
          Jessica Peck
          NY Bar No. 5188248
          Trial Attorney
          Computer Crime and Intellectual Property Section
          U.S. Department of Justice